UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JUSTINE MARIE KEEFER | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| JUSTINE MARIE KEEFER | : | |
| Respondent(s) | : | CASE NO. 5-18-bk-02518 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 28th day of September, 2018, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about September 14, 2018 be withdrawn, as all issues have been resolved.

                                                          Respectfully submitted:

                                                          /s/Charles J. DeHart, III
                                                          Standing Chapter 13 Trustee
                                                          8125 Adams Drive, Suite A
                                                          Hummelstown, PA 17036
                                                          (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 28th day of September, 2018, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Sheppard, Esquire
2201 N. 2nd Street
Harrisburg, PA 17110

                                                          /s/Deborah A. Behney
                                                          Office of Charles J. DeHart, III
                                                          Standing Chapter 13 Trustee