```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                   Case No. 18-02518-RNO
Justine Marie Keefer                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman           Page 1 of 1              Date Rcvd: Feb 20, 2019
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: collections@caclfcu.org Feb 20 2019 19:36:44      CACL Federal Credit Union,
                 1800 West Market Street,    Pottsville, PA 17901-2002
                                                                                                    TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor 1 Justine Marie Keefer jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Richard J Wiest    on behalf of Creditor    CACL Federal Credit Union rwiest@wfjlaw.net,
               electronicfilings@comcast.net;gdeitch@wfjlaw.net;jmajestic@wfjlaw.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JUSTINE MARIE KEEFER, | : | CASE NO. 5:18-bk-02518-RNO |
| Debtor | : | |
| | : | |
| CACL FEDERAL CREDIT UNION, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| JUSTINE MARIE KEEFER, | : | STIPULATION ON MOTION FOR |
| | : | RELIEF FROM AUTOMATIC STAY |
| and CHARLES J. DEHART, III, | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Debtor/Respondents | : | |

### ORDER

Upon consideration of the Stipulation on Motion for Relief from Automatic Stay and Motion to Make Stipulation an Order of Court filed by CACL Federal Credit Union, it is hereby ORDERED:

1. The Stipulation entered into between Movant and Debtor/Respondent is approved, and its provisions entered with the force of an order; and

2. The Motion for Relief from Stay is hereby dismissed.

Dated: February 20, 2019

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (RR)