```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-02518-RNO
Justine Marie Keefer                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: PRadginsk     Page 1 of 1     Date Rcvd: May 06, 2019
                       Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.
db          Justine Marie Keefer,    2709 W Main St,    Hegins, PA   17938-8904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
         James P Sheppard    on behalf of Debtor 1 Justine Marie Keefer jamespsheppard@comcast.net,
          dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
         Richard J Wiest    on behalf of Creditor    CACL Federal Credit Union rwiest@wfjlaw.net,
          electronicfilings@comcast.net;gdeitch@wfjlaw.net;jmajestic@wfjlaw.net
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                               TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JUSTINE MARIE KEEFER, | : | CASE NO. 5:18-bk-02518-JJT |
| Debtor | : | |
| | : | |
| CACL FEDERAL CREDIT UNION, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| JUSTINE MARIE KEEFER, | : | MOTION FOR RELIEF FROM |
| and CHARLES J. DEHART, III, | : | AUTOMATIC STAY |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Debtor/Respondents | : | |

## ORDER

**UPON CONSIDERATION** of the Motion to Compel Enforcement of Stipulation by CACL Federal Credit Union, in connection with the 2013 Ford Explorer, VIN #1FM5K8GT0DGC76847, it is hereby

**ORDERED** that the Debtor has not complied with the Stipulation and that the automatic stay with respect to 2013 Ford Explorer, VIN #1FM5K8GT0DGC76847 (the "**Vehicle**") is hereby lifted such that the Movant may take all steps necessary to exercise its rights as lien holder against the Vehicle, including, but not limited to seizure, collection, and recovery thereof.

Dated: May 6, 2019

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (RR)