```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                            Case No. 18-02518-RNO
Justine Marie Keefer                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Jun 26, 2020
                      Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
        Barry L. Keefer II,    2709 W Main St,    Hegins, PA 17938-8904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
        James   Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        James P Sheppard    on behalf of Debtor 1 Justine Marie Keefer jamespsheppard@comcast.net,
         dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
        Richard J Wiest    on behalf of Creditor    CACL Federal Credit Union rwiest@wfjlaw.net,
         electronicfilings@comcast.net;gdeitch@wfjlaw.net;jmajestic@wfjlaw.net
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                     TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Justine Marie Keefer aka Justine M. Keefer<br>    <u>Debtor</u> | CHAPTER 13 |
| Bayview Loan Servicing, LLC<br>    <u>Movant</u><br>vs. | NO. 18-02518 RNO |
| Justine Marie Keefer aka Justine M. Keefer<br>    <u>Debtor</u><br>Barry L. Keefer, II<br>Charles J. DeHart, III<br>    <u>Additional Respondents</u> | 11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: June 26, 2020        By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge (DG)