United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                          Case No. 18-02518-HWV
Justine Marie Keefer                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                      User: AutoDocke                      Page 1 of 2
Date Rcvd: Jul 30, 2021                  Form ID: pdf010                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

**Recip ID**          **Recipient Name and Address**
                     Barry L. Keefer II, 2709 W Main St, Hegins, PA 17938-8904

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021                      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| James P Sheppard | on behalf of Debtor 1 Justine Marie Keefer jamespsheppard@comcast.net dabsheppardlaw@comcast.net;G22576@notify.cincompass.com |
| Janet M. Spears | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Richard J Wiest | on behalf of Creditor CACL Federal Credit Union rwiest@wfjlaw.net |

United States Trustee

electronicfilings@comcast.net;gdeitch@wfjlaw.net;jmajestic@wfjlaw.net

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Justine Marie Keefer aka Justine M. Keefer<br>　　　　　Debtor(s) | Chapter 13 |
| Bayview Loan Servicing, LLC<br>　　　　　Moving Party<br>vs. | NO. 18-02518 HWV |
| Justine Marie Keefer aka Justine M. Keefer<br>　　　　　Debtor(s)<br>Barry L. Keefer, II<br>　　　　　Co-Debtor<br>Jack N. Zaharopoulos<br>　　　　　Trustee | |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on June 26, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Bayview Loan Servicing, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2709 West Main Street Spring Glen, PA 17978.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: July 30, 2021　　　　　By the Court,

　　　　　　　　　　　　　　　Henry W. Van Eck, Chief Bankruptcy Judge (CD)