United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                               Case No. 18-02518-MJC

Justine Marie Keefer                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Dec 10, 2021 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Justine Marie Keefer, 2709 W Main St, Hegins, PA 17938-8904 |
| 5072794 | | Barclays Bank Delaware Juniper, c/o Northstar Location Services, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 5072795 | | Barry L Keefer III, 2709 W Main St, Hegins, PA 17938-8904 |
| 5095624 | | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5072796 | | Brenda L Griffiths Zechman Tax Collector, 492 Fearnot Rd, Sacramento, PA 17968-9548 |
| 5165107 | | Brian K. Zellner Esquire, Hynum Law, 2608 North Third Street, Harrisburg PA 17110-2003 |
| 5072792 | | James P Sheppard Esquire, 2201 N 2nd St, Harrisburg, PA 17110-1007 |
| 5072802 | | KML Law Group PC, BNY Mellon Independence Ctr, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5072791 | | Keefer Justine Marie, 2709 W Main St, Hegins, PA 17938-8904 |
| 5072803 | | Lending Club, c/o JH Portfolio Credit Control, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |
| 5072804 | | M&T Bank, PO Box 62986, Baltimore, MD 21264-2986 |
| 5072805 | + | Merchants & Medical Credit Corp, 6324 Taylor Dr, Flint, MI 48507-4685 |
| 5235576 | + | New City Funding Corp., Brian K. Zellner, Esquire, P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 5165106 | + | New City Funding Group, 146 S Liberty Dr #11B, Stony Point NY 10980-2454 |
| 5072807 | # | Raymour & Flannigan, PO Box 731, Mahwah, NJ 07430-0731 |
| 5072808 | | Schuylkill County Tax Claim Bureau, 401 N 2nd St, Pottsville, PA 17901-1756 |
| 5093968 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: collections@caclfcu.org | Dec 10 2021 18:46:00 | CACL Federal Credit Union, 1800 West Market Street, Pottsville, PA 17901-2002 |
| cr | + | EDI: PRA.COM | Dec 10 2021 23:48:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5094350 | + | EDI: CINGMIDLAND.COM | Dec 10 2021 23:48:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5072793 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2021 18:47:32 | Avant - Sherman Originator, c/o Resurgent Cap Serv, PO Box 10497, Greenville, SC 29603-0497 |
| 5138289 | + | EDI: LCIBAYLN | Dec 10 2021 23:48:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 5138290 | + | EDI: LCIBAYLN | Dec 10 2021 23:48:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |

| 5072797 | Email/Text: collections@caclfcu.org | Dec 10 2021 18:46:00 | CACL Federal Credit Union, 1800 W Market St, Pottsville, PA 17901-2002 |
|---|---|---|---|
| 5072798 | Email/Text: PBNCNotifications@peritusservices.com | Dec 10 2021 18:46:00 | Capital One NA Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5096719 | EDI: BL-BECKET.COM | Dec 10 2021 23:48:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5368274 | + EDI: LCIBAYLN | Dec 10 2021 23:48:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 5368273 | + EDI: LCIBAYLN | Dec 10 2021 23:48:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 5072799 | EDI: MID8.COM | Dec 10 2021 23:48:00 | Credit One Bank, c/o Midland Credit Management, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 5072800 | + EDI: BLUESTEM | Dec 10 2021 23:48:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5072801 | EDI: CCS.COM | Dec 10 2021 23:48:00 | Frontier Communications, c/o Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5087511 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2021 18:47:33 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5087512 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2021 18:47:26 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5096656 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2021 18:47:26 | LVNV Funding, LLC its successors and assigns as, assignee of Avant Loans Funding Grantor, Trust 2017-A, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5091673 | + EDI: MID8.COM | Dec 10 2021 23:48:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5426208 | EDI: PRA.COM | Dec 10 2021 23:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5426209 | EDI: PRA.COM | Dec 10 2021 23:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5097057 | EDI: PRA.COM | Dec 10 2021 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5073554 | + EDI: RECOVERYCORP.COM | Dec 10 2021 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5072806 | EDI: PRA.COM | Dec 10 2021 23:48:00 | Portfolio Recovery Assn, PO Box 12914, Norfolk, VA 23541-0914 |
| 5072809 | EDI: RMSC.COM | Dec 10 2021 23:48:00 | Synchrony Bank Wal Mart, PO Box 965064, Orlando, FL 32896-5064 |
| 5092362 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 10 2021 18:46:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 5094925 | EDI: AIS.COM | Dec 10 2021 23:48:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

District/off: 0314-5
Date Rcvd: Dec 10, 2021

User: AutoDocke
Form ID: 3180W

Page 3 of 3
Total Noticed: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5165105 | ## | Car Lotta Car Sales, 1338 N Church Street, Hazelton PA 18202-9367 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| James P Sheppard | on behalf of Debtor 1 Justine Marie Keefer jamespsheppard@comcast.net dabsheppardlaw@comcast.net;G22576@notify.cincompass.com |
| Janet M. Spears | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Richard J Wiest | on behalf of Creditor CACL Federal Credit Union rwiest@wfjlaw.net electronicfilings@comcast.net;gdeitch@wfjlaw.net;jmajestic@wfjlaw.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Debtor 1 | Justine Marie Keefer | | Social Security number or ITIN   xxx–xx–5227 |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name      Middle Name      Last Name | | Social Security number or ITIN   _ _ _ _  EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:18–bk–02518–MJC

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Justine Marie Keefer
aka Justine M. Keefer

**By the court:**

12/10/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:18-bk-02518-MJC    Doc 77    Filed 12/12/21    Entered 12/13/21 00:20:03    Desc
Imaged Certificate of Notice    Page 6 of 6